McKenna Long & Aldridge LLP
Camille Fong (SBN 113123)
E-mail: cfong@mckennalong.com
101 California Street, 41st Floor
San Francisco, CA 94111
Phone: (415) 267-4000
Fax:  (415) 267-4198

McKenna Long & Aldridge LLP
Frederick A. Clark (State Bar No. 41778)
E-mail: fclark@mckennalong.com
444 South Flower Street, 8th Floor
Los Angeles, California 90071-2901
Telephone:   (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Plaintiff COMMISSARIAT A L'ENERGIE ATOMIQUE

Michael G. Walker (SBN 150554)
Norman, Dowler, Sawyer, Israel, Walker & Barton
840 County Square Drive, Third Floor
Ventura, California 93003-5406
Phone:  (805) 654-0911
Fax:  (805) 654-1902
E-mail: mwalker@normandowler.com

Attorneys for Third Party Teleplan Service Logistics, Inc. and Teleplan Holding USA, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMISSARIAT A L'ENERGIE ATOMIQUE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; FUJITSU DISPLAY TECHNOLOGIES CORP.; SHARP CORPORATION; AU OPTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS CORPORATION,<br><br>Defendants. | MISC. CASE NO. 06-mc-00047-LKK-PAN(JFM)<br><br>[Del. Case No.  03-484-KAJ]<br><br>**STIPULATION AND ORDER REGARDING BRIEFING ON PLAINTIFF'S MOTION TO COMPEL THIRD PARTY TELEPLAN SERVICE LOGISTICS, INC. AND TELEPLAN HOLDING USA, INC. TO APPEAR AT DEPOSITION AND TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA IN A CIVIL CASE**<br><br>Date:           June 1, 2006<br>Time:          11:00 a.m.<br>Ctrm:          25, Magistrate Moulds |

MCKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:17225176.1

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY STIPULATED by and between counsel for Plaintiff Commissariat a l'Energie Atomique ("Plaintiff") and counsel for third parties Teleplan Service Logistics, Inc. and Teleplan Holding USA, Inc. (the "Teleplan Entities") that the Teleplan Entities shall have to an including May 24, 2006 in which to serve and a file their opposition to Plaintiff's motion to compel pursuant to Rule 45, Fed.R.Civ. P., and that Plaintiff shall have to and including May 26, 2006 in which to file its reply, if any. The opposition would otherwise be due May 18 if personally served and the reply would be due on or before May 24.

The reason for the requested extension of filing dates is to allow Plaintiff to review documents, produced by the Teleplan Entities pursuant to the subpoena, which Plaintiff received on May 15, 2006.  The parties anticipate that after Plaintiff has had an opportunity to complete its review of the documents they will be able to reach an agreement which will eliminate the need for a hearing on the Plaintiff's motion.  The parties have not previously sought any extension of the briefing schedule on this motion.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: May 17, 2006 | MCKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | By: s/Camille Fong |
| 4 | | Camille Fong |
| | | Frederick A. Clark |
| 5 | | |
| | | Attorneys for Plaintiff |
| 6 | | COMMISSARIAT A L'ENERGIE ATOMIQUE |
| 7 | | |
| 8 | Dated: May 17, 2006 | NORMAN, DOWLER, SAWYER, ISRAEL, WALKER & BARTON |
| 9 | | |
| 10 | | |
| 11 | | By: s/Michael G. Walker |
| | | Michael G.Walker |
| 12 | | Attorneys for Third Parties |
| 13 | | TELEPLAN SERVICE LOGISTICS, INC. AND TELEPLAN HOLDING USA, INC |
| 14 | | |
| 15 | | **ORDER** |
| 16 | IT IS SO ORDERED. | |
| 17 | Dated: May 23, 2006 | |
| 18 | | /s/ John F. Moulds |
| 19 | | John F. Moulds, U.S. Magistrate Judge |

commissariat.prop.doc

3

STIPULATION AND ORDER

LA:17225176.1

PDF created with pdfFactory trial version www.pdffactory.com