IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COMMISSARIAT A L'ENERGIE ATOMIQUE,

       Plaintiff,                  No. MISC 06-0047 LKK PAN

   vs.

SAMSUNG ELECTRONICS CO., LTD, et al.,

       Defendants.          ORDER

_____/

       Plaintiff's April 28, 2006 motion to compel third party to appear at deposition and produce documents pursuant to subpoena was noticed for hearing on June 1, 2006. The district court's revised scheduling order specifically states that: "All discovery in this case shall be initiated so that it will be completed on or before April 28, 2006." Commissariat A L'Energie Atomique v. Samsung Electronics, Co., Ltd, et al., Civil Action No. 03-484-KAJ (D. Del. March 30, 2006 ).[1] Plaintiff's April 28, 2006 motion violates that order.

       Good cause appearing, plaintiff's motion to compel will be dropped from calendar.

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 28, 2006 motion to
2  compel is dropped from calendar.
3  DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001; commiss.no251